

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jose Raymundo Cruz Mejia

**Civil Action No.**   26-cv-00989-LL-SBC

**Plaintiff,**

**V.**

Warden of Imperial Region Detention Center; U.S. Department of Homeland Security; EOIR Imperial Immigration Court

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Petition for Writ of Habeas Corpus is granted. Respondent shall provide Petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this order.

**Date:**        4/22/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ S. Tweedle

S. Tweedle, Deputy